*p. 386; (4) motion to quash certiorari, argued, submitted *p. 410; (5) motion to quash certiorari overruled *p. 425; (6) proceedings below quashed *p. 430; (7) rule to show cause against issuance of writ of restitution *p. 436; (8) motion to extend rule to show cause *p. 439; (9) rule to show cause, rule discharged, motion for writ of restitution overruled *p. 463.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari, acknowledgment of service; (3) certificate of John K. Smith; (4) copy of rule to show cause against attachment, proof of service; (5) return to certiorari; (6) motion to quash proceedings below; (7) motion to quash writ of certiorari; (8) brief on motion to quash proceedings; (9) affidavit for restitution of property sold on execution; (10) draft of rule to show cause against restitution; (11) list of property sold on execution; (12) motion to extend rule to show cause; (13) answer of Ira Marks to rule to show cause; (14) answer of Jacob Peer to rule to show cause.
*1824–36 Calendar*, MS p. 206.

**JEREMIAH HERINGTON** *versus* **MICHAEL L. KERLEY.**

JOURNAL ENTRIES (1830–34): *Journal 4:* (1) Motion for rule to show cause against attachment *p. 362; (2) rule to make return or show cause

*p. 367; (3) motion for rule to assign errors *p. 409; (4) motion for attachment *p. 413; (5) motion to dismiss certiorari *p. 423; (6) motion to dismiss overruled *p. 424; (7) writ of attachment ordered issued *p. 450; (8) alias attachment ordered issued *p. 482; (9) alias attachment ordered issued *p. 512. *Journal 5:* (10) Justice discharged from custody, certiorari ordered issued *p. 4; (11) judgment of non pros. *p. 33.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) transcript of J. P. record; (3–4) copies of rule to show cause against attachment, proof of service; (5–6) writs of attachment and returns; (7) interrogatories in attachment; (8) answer in attachment; (9) certificate of George McDougall, postmaster at Fort Gratiot; (10) certificate of Reuben Hamilton, J. P.
*1824–36 Calendar*, MS p. 204.

**UNITED STATES** *versus* **THOMAS LEWIS.**

JOURNAL ENTRIES (1830): *Journal 4:* (1) Leave granted to file information *p. 365; (2) rule to show cause against judgment of ouster, copy of rule and of information ordered served *p. 387.

PAPERS IN FILE: (1) Petition for quo warranto, notice to attorney general; (2) information; (3) draft of rule to show cause, etc.; (4) disclaimer.
*1824–36 Calendar*, MS p. 210.

**JOHN WOODWARD, ADMINISTRATOR, ETC., OF AUGUSTUS B. WOODWARD, DECEASED,** *versus* **JOHN E. SCHWARZ.**

JOURNAL ENTRIES (1830–31): *Journal 4:* (1) Motion for reference to take testimony *p. 367; (2) referred to master *p. 375; (3) rule of reference extended, continued *p. 424; (4) master's report confirmed nisi, motion to take testimony *p. 452; (5) rule to take testimony enlarged, referred to master *p. 453; (6) motion to confirm master's report and to set case for hearing *p. 480; (7) master's report confirmed, decree *p. 483.

PAPERS IN FILE: (1) Bill of complaint; (2) bond for costs; (3) precipe for subpoena; (4) writ of subpoena and return; (5) exhibit B—copy of mortgage from Augustus B. Woodward to Joseph Campau; (6) exhibit C—copy of mortgage from Augustus B. Woodward to Phineas Fisk; (7) exhibit D—promissory note from

Augustus B. Woodward to Phineas Fisk; (8) exhibit E—due bill from Augustus B. Woodward to John E. Schwarz; (9) notice of filing answer; (10) answer of John E. Schwarz; (11) replication; (12) motion for reference to take testimony; (13) draft of rule of reference; (14) master's report of amount due; (15–19) exhibits A, B, C, D, E—promissory notes from John E. Schwarz to Augustus B. Woodward; (20) stipulation for extension of reference; (21) motion for rule to take testimony; (22) master's report; (23) exhibit E referred to in master's report; (24) depositions of Joseph Campau, Eurotas P. Hastings, and Henry S. Cole; (25) exceptions to master's report; (26) memo. re proof of receipt, etc.; (27) draft of decree; (28) master's report of sale; (29) master's fee bill; (30) deed of mortgage—John E. Schwarz to Augustus B. Woodward.
*Chancery Case* 124 of 1829.